## United States District Court for the Northern District of Illinois

Case Number: 08CV2927  Assigned/Issued By: J. N.

Judge Name: MORAN  Designated Magistrate Judge: MASON

### FEE INFORMATION

*Amount Due:*  [✓] $350.00  [ ] $39.00  [ ] $5.00
              [ ] IFP      [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____  Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350  Receipt #: 2792558

Date Payment Rec'd: 5-20-08  Fiscal Clerk: J. N.

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
[ ] Citation to Discover Assets          _____
                                         (Victim, Against and $ Amount)
[ ] Writ _____
    (Type of Writ)

2 Original and 0 copies on 5-20-08 as to ALL DEFENDANTS
                         (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05