UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FAR OUT MUSIC, RAY VAUGHN MUSIC, and EXPERIENCE HENDRIX, LLC )<br><br>Plaintiffs, )<br><br>v. )<br><br>VBMG, INC. and VINCENT V. BUFALINO, )<br><br>Defendants. ) | Case No. 08-CV-2927<br><br>Judge Moran<br><br>Magistrate Judge Mason |

## NOTIFICATION OF AFFILIATES

The undersigned counsel, in accordance with Local Rule 3.2, hereby states that the Plaintiffs have no publicly-held affiliates.

Dated: May 22, 2008

Respectfully submitted,

PATTISHALL, McAULIFFE, NEWBURY,
HILLIARD & GERALDSON LLP

By: _____
Jared D. Solovay
311 South Wacker Drive
Suite 5000
Chicago, Illinois 60606
(312) 554-8000

*Attorneys for Plaintiffs Far Out Music, et al.*

291382v1