Order Form (01/2005)

## United States District Court, Northern District of Illinois

*MHN*

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2927 | **DATE** | 8/19/2008 |
| **CASE TITLE** | FAR OUT MUSIC, et al vs. VBMG, INC., et al | | |

**DOCKET ENTRY TEXT**

Enter Consent Judgment. The parties have agreed to resolve all claims between them regarding this case. Judgment is entered against defendants in the amount of $20,000.00 (the "Judgment Amount), which amount can be satisfied by payment of $15,000.00 (the "Settlement Amount") Status hearing set for 8/19/2008 is stricken.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | U.S. DISTRICT COURT | Courtroom Deputy Initials: | LG |
|---|---|---|---|

2008 AUG 19 PM 3:09

FILED-FCF